# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148797 & (7)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

IN RE JUDGE OF THE 48TH CIRCUIT COURT

SC: 148797

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this complaint for superintending control is considered, and the complaint for superintending control is DISMISSED without prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



           Clerk

h0721